IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case Number 3:15cr17/MCR

JONATHAN C. GORUM

_____/

## FACTUAL BASIS FOR GUILTY PLEA

The defendant admits that if this case were to proceed to trial, the government could prove the following facts.

On or about September 23, 2013, the Department of Homeland Security ("DHS") was conducting an online investigation into the distribution of child pornography and used software to locate IP addresses publicly sharing images in the Northern District of Florida. During the length of the investigation, DHS located IP addresses, specifically 98.170.205.55 and 98.162.148.234 (hereinafter the TARGET IP ADDRESSES), of a user who was offering to share, as well as attempting to receive, child notable files.

Using the aforementioned software, DHS determined that, from at least April 15, 2013, and continuing until at least May, 2014, the TARGET IP ADDRESSES were offering files to share, as well as receiving files, which were consistent with child pornography. The following list represents sample files/videos the TARGET IP ADDRESSES offered to share during the relevant time period.

A.  IP Address:

   98.162.148.234

**File Name:**

(Pthc) Open f49-I (9Yo Girl Fucked With 11Yo Boy) (kleuterkutje) (pedo) (ptsc) (TVG) (babyshivid) (childlover) (r@ygold) (nablot) (st peter.mpg

**File Description:**

The length of the movie is 13 minutes and 26 seconds. Video starts off with a nude male and female (approximately 8-12 years old) masturbating each other. They then engage in sexual intercourse which is being filmed by a third party.

**B. IP Address:**

98.162.148.234

**File Name:**

Moscow 7 (Color) Peter Boil & 2 New Girls.avi

**File Description:**

The length of the movie is 32 minutes and 42 seconds. Two girls, who are approximately 12 years of age, are present. Girl performs oral sex on male. Male performs oral sex on girl. Girl is penetrated by male's penis. Girl performs oral sex on male. Male ejaculates on girl's genital area.

**C. IP Address:**

98.170.205.55

**File Name/s:**

(Hussyfan) (pthc) (r@ygold) ESS !! New age proud family-germ.mpg

**File Description:**

The length of the movie is 7 minutes and 44 seconds. A prepubescent female, approximately 6 to 8 years old, is lying on her back with an unidentified male. The video progresses to show the female remove her underwear and expose her vagina. The male then performs oral sex on the female and eventually inserts his penis into the female's vagina. The male is also shown masturbating his penis on the female's vagina. The video then cuts to a different scene with the same

prepubescent female standing clothed in a bathroom. The female then removes her clothing and spreads her vagina open for the camera and then she begins to wash her vagina with a hand held shower sprayer. The video then cuts to the same prepubescent female naked on top of a male while he performs oral sex on her.

### D. IP Address:

98.170.205.55

**File Name:**

GOOD! 2yo girl getting raped during diaper change - Babyshivid-Pussy Pounded

Pthc Pedo Child Fuck (kiddy ddoggprn naked b.avi

**File Description:**

The length of the movie is 2 minutes and 45 seconds. This movie starts with what appears to be a 2 or 3 year old female child naked on a bed with a nude adult male kneeling over her, rubbing his penis on her vagina. The male moves what appears to be a diaper out of his way and then he reverse straddles the girl pinning her legs behind him and begins to try to vaginally penetrate the girl. The male eventually appears to be successful in vaginally penetrating the female child. Near the end of the video the male ejaculates on the female child.

On October 1, 2013, DHS issued a summons to Cox Communications for Internet Protocol assignment information for TARGET IP ADDRESS 98.170.205.55, as well as its subscriber information. On October 23, 2013, Cox indicated the TARGET IP ADDRESS was assigned to an address located at XX Jonquil Ave. NW, Fort Walton Beach, Florida. Cox records indicated this IP address was assigned from at least April 30, 2013, until at least October 1, 2013, all within the identified time period when the TARGET IP ADDRESS was offering child pornography videos for sharing. Furthermore, Cox indicated this account was listed under the name of Jonathan Gorum.

On February 13, 2014, DHS issued a summons to Cox Communications for

Internet Protocol assignment information for TARGET IP ADDRESS 98.170.205.55, as well as its subscriber information, from January 1, 2014, to February 13, 2014. On March 20, 2014, Cox indicated the TARGET IP ADDRESS was assigned to Jonathan Gorum at XX Jonquil Ave. NW, Fort Walton Beach, up until February 5, 2014. Cox records indicated the IP address assigned to Jonathan Gorum at his residence changed to a new IP address of 98.162.148.234 beginning on or about February 5, 2014.

On March 25, 2014, DHS issued a summons to Cox Communications for Internet Protocol assignment information for TARGET IP ADDRESS 98.162.148.234, as well as its subscriber information from February 13, 2014 to March 21, 2014. On April 17, 2014, Cox indicated the TARGET IP ADDRESS was assigned to Jonathan Gorum at XX Jonquil Ave. NW, Fort Walton Beach. Cox records indicated this IP address was assigned to the residence from on or about February 5, 2014, continuing through the end date range of the summons of March 21, 2014, all within the identified time period when the TARGET IP ADDRESS was offering the aforementioned child pornography videos for sharing.

On June 26, 2014, a federal search warrant was executed at the defendant's residence. The defendant was present and advised of his rights pursuant to *Miranda*. Post *Miranda*, the defendant stated he had been viewing child pornography since 2004. He further confirmed he downloaded child pornography via peer to peer software. The defendant also admitted to utilizing known child pornography search terms to find said contraband. A forensic analysis of the defendant's digital media revealed multiple pieces of digital media that contained child pornography, internet searches for child pornography, and relevant peer to peer software utilized to retrieve child pornography that had been

4

transmitted in interstate or foreign commerce.

### Elements of the Offense

It's a Federal crime to knowingly receive any child pornography that has been [transported][shipped][mailed] in interstate or foreign commerce, including by computer. The Defendant can be found guilty of this crime only if all the following facts are proved beyond a reasonable doubt:

1. the Defendant knowingly received an item or items of child pornography;

2. the item[s] of child pornography had been [transported][shipped][mailed] in interstate or foreign commerce, including by computer; and

3. when the Defendant received the item[s], the Defendant believed the item[s] were child pornography.

_____
MARTIN W. LESTER
Attorney for Defendant
Florida Bar No. 0689815
2113 Lewis Turner Blvd., Ste. 100
Ft. Walton Beach, Florida 32547
(850) 428-2101

5/13/15
Date

PAMELA C. MARSH
United States Attorney

_____
DAVID L. GOLDBERG
Assistant U.S. Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

5/13/2015
Date

_____
JONATHAN C. GORUM
Defendant

5/13/15
Date

5